UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 22cr1994-RBM |
|---|---|
| Plaintiff, | |
| v. | I N F O R M A T I O N |
| PEDRO ORTIZ-PEREZ, | Title 8, U.S.C., Sec. 1326(a) and (b) - Removed Alien Found in the United States (Felony) |
| Defendant. | |

The United States Attorney charges:

On or about August 6, 2022, within the Southern District of California, defendant PEDRO ORTIZ-PEREZ, an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General of the United States or his/her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a) and (b).

//

//

SMV:az:8/17/22

1  It is further alleged that defendant was removed from the United
2  States subsequent to February 4, 2004.
3  DATED: 8/17/2022            .

　　　　　　　　　　　　　　　　RANDY S. GROSSMAN
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　*Sean Van Demark*
　　　　　　　　　　　　　　　　SEAN VAN DEMARK
　　　　　　　　　　　　　　　　Assistant U.S. Attorney